Lessee of THOMAS PORTER *against* THOMAS JOHNSTON.

A party's appearence and cross examining a witness, salves all defects as to notice in order to entitle a deposition to be read in evidence, under a rule of court.

THE deposition of Samuel Anderson, taken in pursuance of a rule of court was offered in evidence by the plaintiff; but the defendant's counsel insisted, that the ten days' notice required by the rule, should be proved to have been given to the defendant.

By the court. It appears that the defendant attended before the justice and cross examined the witness. The disposition under such circumstances, may be read in evidence without proof of any notice under the rule. Like the appearance of the party on mesne process, it salves every error. 1 Stra. 156, 261. Annal. 240, 242, 369. 3 Wils. 141. Let the deposition be read.

Verdict for the defendant.

Messrs. Duncan and C. Smith. *pro quer.*
Messrs. Hamilton and Woods, *pro def.*